Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
*jml@manningllp.com*
Regina Peter, Esq. (State Bar No. 329070)
*rmp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE HALL,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 12, inclusive,<br><br>            Defendant. | Case No.<br><br>**DEFENDANT WELLS FARGO BANK'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wells Fargo Bank, N.A. ("WFB"), hereby removes to this Court the State Court action described below:

1. On January 23, 2020, Plaintiff Laurie Hall filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 20STCV02857. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

2. On February 25, 2020, WFB filed its answer to the Complaint. A true and correct copy of the answer is attached hereto as Exhibit "B."

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant CEC pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action

1  between citizens of different states and the matter in controversy exceeds the sum of
2  $75,000, exclusive of interest and costs.
3  4.      Diversity of the parties exists as Plaintiff Laurie Hall is a citizen of the State
4  of California.
5  5.      Defendant WFB is an Delaware corporation with its principal place of
6  business located in Sioux Falls, South Dakota.
7  6.      In Plaintiff's Statement of Damages, served on January 30, 2020, along with
8  the summons and complaint, she asserts general damages of $250,000 and special
9  damages of $500,000.  A true and correct copy of the Statement of Damages is
10 attached hereto as Exhibit "C."
11 7.      Thus, the amount in controversy in this action exceeds the $75,000
12 jurisdictional limit established by 28 U.S.C. §1332(a).

DATED:  February 26, 2020          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**

                                   By: _Regina P___
                                   Jeffrey M. Lenkov, Esq.
                                   Regina Peter, Esq.
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.

# DECLARATION OF REGINA PETER

I, Regina Peter, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate of Manning & Kass, Ellrod, Ramirez, Trester LLP, the attorneys for Defendant Wells Fargo Bank, N.A. ("WFB").

2. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

3. On January 23, 2020, Plaintiff Laurie Hall filed this action in the Superior Court of the State of California, County of Los Angeles, as Case No. 20STCV02857. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

4. On February 25, 2020, WFB filed its answer to the Complaint. A true and correct copy of the answer is attached hereto as Exhibit "B."

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant CEC pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Diversity of the parties exists as Plaintiff Laurie Hall is a citizen of the State of California.

7. Defendant WFB is an Delaware corporation with its principal place of business located in Sioux Falls, South Dakota.

8. In Plaintiff's Statement of Damages, served on January 30, 2020, along with the summons and complaint, she asserts general damages of $250,000 and special damages of $500,000. A true and correct copy of the Statement of Damages is attached hereto as Exhibit "C."

1  9.  Thus, the amount in controversy in this action exceeds the $75,000
2  jurisdictional limit established by 28 U.S.C. §1332(a).
3  I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct and that this declaration was executed
5  at Los Angeles, California, on February 26, 2020

*[Signature: Regina Peter]*

Regina Peter

## DEMAND FOR JURY TRIAL

Defendant WELLS FARGO BANK, N.A., hereby demands trial of this matter by jury.

DATED:  February 26, 2020

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
Jeffrey M. Lenkov, Esq.
Regina Peter, Esq.
Attorneys for Defendant
WELLS FARGO BANK, N.A.